UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH COUNTRY LUMBER COMPANY, INC.  CASE NO. 10-cv-739

　　　　Plaintiff,

vs.

WILLIAM WALLACE, INC.,

　　　　Defendant.

## DEFAULT JUDGMENT

The defendant WILLIAM WALLACE, INC. having failed to appear, plead or otherwise defend in this action, and default having been entered on February 7, 2011, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of plaintiff NORTH COUNTRY LUMBER COMPANY, INC. and against defendant WILLIAM WALLACE, INC. 5802 Andover Drive, Allen Texas, 75002, as follows:

$158,704.11, principal sum as prayed for in the Complaint, and costs and disbursements of $546.73 for a total of $159,250.84.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated: Feb 24th, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Peter Oppeneer, Clerk of Court